1  McGREGOR W. SCOTT
   United States Attorney
2  MARLON COBAR
   Assistant U.S. Attorneys
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, CA 93721
   Telephone: (559)497-4000
5



FILED

DEC 1 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
          DEPUTY CLERK

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    1:08-CR-00379 OWW
                                     )
12                    Plaintiff,     )    ORDER TO UNSEAL SUPERSEDING
                                     )    INDICTMENT PURSUANT TO
13       v.                          )    FEDERAL RULES OF CRIMINAL
                                     )    PROCEDURE, RULE 6(e).
14  HAAMID ALIE DARCUIEL, et al.     )
                                     )
15                    Defendants.    )
    ─────────────────────────────────)
16

17       The Indictment in this case having been sealed, and unsealed

18  in part through various redactions during initial appearance

19  proceedings, by Order of this Court, pursuant to Rule 6(e) of the

20  Federal Rules of Criminal Procedure, and it appearing that it no

21  longer need remain secret, it is hereby ORDERED that the Indictment

22  be unsealed and made public record.

23  Dated: December  1 , 2008

24                                   _____
                                     HON. GARY S. AUSTIN
25                                   U.S. Magistrate Judge

26

27

28