McGREGOR W. SCOTT
United States Attorney
MARLON COBAR
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, CA 93721
Telephone: (559)497-4000





FILED
DEC 1 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-CR-00379 OWW |
| ) | |
| Plaintiff, ) | ORDER TO UNSEAL SUPERSEDING INDICTMENT PURSUANT TO |
| ) | FEDERAL RULES OF CRIMINAL |
| v. ) | PROCEDURE, RULE 6(e). |
| ) | |
| HAAMID ALIE DARCUIEL, et al. ) | |
| ) | |
| Defendants. ) | |

The Indictment in this case having been sealed, and unsealed in part through various redactions during initial appearance proceedings, by Order of this Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is hereby ORDERED that the Indictment be unsealed and made public record.

Dated: December 1, 2008

HON. GARY S. AUSTIN
U.S. Magistrate Judge