1 | LAWRENCE G. BROWN
United States Attorney
2 | MARLON COBAR
Assistant U.S. Attorney
3 | 4401 Federal Courthouse
2500 Tulare Street
Fresno, California 93721
4 | Telephone: (559) 497-4000



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-CR-379-OWW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER FOR DISMISSAL |
| v. | ) | OF INDICTMENT WITHOUT |
| | ) | PREJUDICE |
| HAYBE DUDEH, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein be dismissed against defendant HAYBE DUDEH without prejudice and in the interests of justice.

DATED: 11-4-09

HONORABLE OLIVER W. WANGER
United States District Court Judge