1  LAWRENCE G. BROWN
   United States Attorney
2  MARLON COBAR
   Assistant U.S. Attorney
3  4401 Federal Courthouse
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000



FILED
NOV 06 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-CR-379-OWW |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER FOR DISMISSAL |
| v. | ) | OF INDICTMENT WITHOUT |
| | ) | PREJUDICE |
| HAYBE DUDEH, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein be dismissed against defendant HAYBE DUDEH without prejudice and in the interests of justice.

DATED: 11-4-09

_____
HONORABLE OLIVER W. WANGER
United States District Court Judge